JOHN F. McELLEN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MILDRED PADGETT, *ET AL.*, DEFENDANTS-PETI-TIONERS.

*Messrs. Morris, Downing & Sherred, Mr. John R. Knox* and *Mr. Thomas J. Bain* for the petitioners.

*Messrs. Mackerley & Friedman, Mr. William J. McGovern* and *Mr. Stephen Roseman* for the respondents.

April 17, 1961. Denied.

SYLVIA FISCHER, PLAINTIFF-PETITIONER, v. LEO L. FISCHER, DEFENDANT-RESPONDENT.

*Mr. Sam Weiss* for the petitioner.

*Mr. Richard L. Amster* for the respondent.

April 17, 1961. Denied.